IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DELORES M. SKENDER, Executrix of
the Estate of RICHARD L. SKENDER,
DECEASED                                                                                            PLAINTIFF

VS.                                       CASE NO. 08-CV-1057

AMERON INTERNATIONAL
CORPORATION, et al.                                                                        DEFENDANTS

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion for Voluntary Dismissal. (Doc. No. 24). In this motion, Plaintiff seeks an order dismissing her claims against all defendants in this case. Upon consideration, the Court finds that the motion should be and hereby is **granted**. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), the above styled and numbered case is hereby dismissed without prejudice.

IT IS SO ORDERED, this 9th day of February, 2009.

                                                         /s/Harry F. Barnes
                                                         Hon. Harry F. Barnes
                                                         United States District Judge